IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT WORLEY, | § | |
| | § | No. 393, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No.   1206000145 A & B (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 22, 2018
Decided:    January 7, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record below, we conclude that the Superior Court's order of July 3, 2018, summarily dismissing the appellant's second motion for postconviction relief, should be affirmed.[*] The Superior Court did not err in concluding that the appellant's motion did not satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2) and thus was procedurally barred.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED. The judgment of the Superior Court is AFFIRMED.

BY THE COURT:
/s/ Collins J. Seitz, Jr.
                  Justice

---

[*] 2018 WL 3302806 (Del. Super. Ct. July 3, 2018).